PROB 12C
United States District Court
Southern District of Texas
Filed
JAN 1 7 2006
Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
JAN 1 8 2006
Michael N. Milby, Clerk
Laredo Division

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Rolando Garcia<br>AKA: Rolando Garcia Molina | Case Number:  5:04CR01751-001 |

Name of Sentencing Judge:  The Honorable Manuel L. Real

Date of Original Sentence:  01/27/2005

Original Offense:  Illegal entry [8 USC § 1325]

Original Sentence:  5 years probation; $100.00 special assessment fee; special condition ordering the defendant not to return to the United States illegally

Type of Supervision:  Probation          Supervision Started:  01/27/2005

Assistant U.S. Attorney:  Jose A. Flores          Defense Attorney: Marissa Perez-Garcia

---

### EARLIER COURT ACTION

None

---

### PETITIONING THE COURT

TO ISSUE A WARRANT for defendant located at US Marshals Custody Laredo, Texas

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | New Law Violation: Illegal entry |
| 2 | Violation of special condition ordering the defendant not to return to the United States illegally |

On 12/23/2005, the defendant violated the conditions of probation by illegally entering the United States, as evidenced by a criminal complaint filed with the United States District Court on 12/28/2005.

**Details:** Criminal Complaint No. 5-05-PO-4673 contains verbal statements made by the defendant to U.S. Immigration Officers that he waded across the Rio Grande River into the United States near Laredo, Texas, thus avoiding immigration inspection. Additionally, he did not have in his possession the required documentation to enter, travel, through, or remain in the United States when immigration officers confronted him on 12/27/2005.

Sentencing in this latest case is set before US Magistrate Judge Adriana Arce Flores on 02/22/2006.

U.S. Probation Officer Recommendation:

That a violator's warrant be issued and no bond be set for the defendant's continued disregard of the immigration laws of the United States.  Additionally, that probation revocation proceedings be set soon after US Magistrate Judge Adriana Arce Flores imposes a sentence in Criminal Complaint No. 5-05-PO-4673.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

Jo Anne W. Brooks, Supervising
U.S. Probation Officer

by

Respectfully submitted:

E. Joel Garcia, Jr.
Sr. US Probation Officer
January 6, 2006

THE COURT ORDERS:

[  ]   No Action

[ ✓ ]   The Issuance of a Warrant, and no bond be set.  Additionally, that the term of probation be tolled effective the date of the warrant.

[  ]   That the defendant be summoned to appear before the Court on _____ at _____ for a Probation revocation hearing to show cause why his Probation should not be revoked.

[  ]   Other _____

U.S. MARSHAL'S OFFICE
BY: _____
DATE: _1-18-06_
TIME: _8:50 Am_

Honorable George P. Kazen
United States District Judge

1/15/06
Date